WILLIAM C. MORISON (No. 99981)
wcm@mhp-law.com
MICHAEL D. PROUGH (No. 168741)
mdp@mhp-law.com
BRIAN E. SIMS (No. 127835)
bes@mhp-law.com
MORISON HOLDEN & PROUGH, LLP
1550 Parkside Drive, Third Floor
Walnut Creek, CA  94596-8068
Telephone:  (925) 937-9990
Facsimile:  (925) 937-3272

Attorneys for Plaintiff
CHARTIS SPECIALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARTIS SPECIALTY INSURANCE COMPANY, a New York corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TELEGRAPH HILL PROPERTIES, INC., a California Corporation, and W.B. COYLE, an individual,<br><br>Defendants. | Case No. CV 11-05696 RS<br><br>[~~PROPOSED~~] ORDER SETTING ASIDE DEFAULTS ENTERED AGAINST TELEGRAPH HILLS PROPERTIES, INC. AND W.B. COYLE |

After careful consideration of the application for order setting aside entry of default against defendants Telegraph Hill Properties, Inc. ("Telegraph Hill") and W.B. Coyle ("Coyle") submitted by plaintiff Chartis Specialty Insurance Company ("Chartis"), and the accompanying stipulation of the parties, the Court orders as follows:

1. The defaults entered against Telegraph Hill and Coyle shall be set aside.

2. Defendants shall file a responsive pleading upon receipt of this Order.

IT IS SO ORDERED.

Dated: 7/26, 2012

_____
Hon. Richard Seeborg
United States District Judge

150207