IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARTIS SPECIALITY INSURANCE CO., | No. C 11-05696 RS |
| Plaintiff,<br>v. | **CASE MANAGEMENT SCHEDULING ORDER** |
| TELEGRAPH HILL PROPERTIES, et al. | |
| Defendants. / | |
| CHARTIS SPECIALITY INSURANCE CO., | No. C 12-02935 RS |
| Plaintiff,<br>v. | |
| THP-SF, INC., et al. | |
| Defendants. / | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on August 9, 2012. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. ALTERNATIVE DISPUTE RESOLUTION.

MEDIATION. This matter is referred to mediation to be completed within 60 days of the issuance of this order. The parties shall promptly notify the Court whether the case is resolved at the mediation.

2. DISCOVERY. On or before November 30, 2012, all non-expert discovery shall be completed by the parties. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

3. EXPERT WITNESSES. The disclosure and discovery of expert witness opinions shall proceed as follows:

A. On or before October 19, 2012, all experts shall be disclosed in accordance with Federal Rule of Civil Procedure 26(a)(2).

B. On or before November 9, 2012, all rebuttal experts shall be disclosed in accordance with Federal Rule of Civil Procedure 26(a)(2).

C. On or before November 30, 2012, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

4. PRETRIAL MOTIONS. All pretrial motions must be filed and served pursuant to Civil Local Rule 7. All pretrial motions shall be heard no later than January 24, 2013.

5. FURTHER CASE MANAGEMENT CONFERENCE. A Further Case Management Conference shall be held on **March 28, 2013, at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

IT IS SO ORDERED.

DATED:  8/9/12

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

2