WILLIAM C. MORISON (No. 99981)
wcm@morisonprough.com
MORISON & PROUGH, LLP
2540 Camino Diablo, Suite 100
Walnut Creek, CA 94597
Telephone: (925) 937-9990
Facsimile: (925) 937-3272

Attorneys for Plaintiff
CHARTIS SPECIALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARTIS SPECIALTY INSURANCE COMPANY, a New York corporation, <br><br> Plaintiff, <br><br> vs. <br><br> TELEGRAPH HILL PROPERTIES, INC., a California Corporation, and W.B. COYLE, an individual, <br><br> Defendants. | No. CV 11-05696 RS <br><br> [~~PROPOSED~~] JUDGMENT |
| CHARTIS SPECIALTY INSURANCE COMPANY, a New York corporation, <br><br> Plaintiff, <br><br> vs. <br><br> THP-SF, INC., a California Corporation, <br><br> Defendant. | No. CV 12-02935 RS |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff Chartis Specialty Insurance Company is awarded judgment against defendants Telegraph Hill Properties Inc. and W.B. Coyle on all claims in case number 11-5696, and against defendant THP-SF, Inc. on claims one, two and four in case number 12-2935; that declaratory judgment is entered in favor of Chartis Specialty and against defendants and that Chartis Specialty owes no duty to defend defendants in the action entitled *Aaron Ferguson, Black Cod, LLC, and McGurrin Liebert v. W.B. Coyle and Telegraph Hill Properties, Inc., et al.*, Case No. CGC-11-512746, filed in the

- 1 -

1  Superior Court of the State of California in and for the City of San Francisco (the "*Ferguson*
2  Action"), and never owed any such duty; and that Chartis Specialty owes no duty to indemnify
3  defendants in the *Ferguson* Action, and never owed any such duty; that plaintiff recover the sum
4  of $116,320.81 jointly and severally from defendants; that plaintiff recover its costs of suit in case
5  11-5696 jointly and severally from defendants Telegraph Hill Properties, Inc. and W.B. Coyle;
6  and that plaintiff recover its costs of suit in case 12-2935 from defendant THP-SF, Inc.
7
8  Dated: ___8/4___, 2014
9
10                                              /s/ Richard Seeborg
                                                _____
                                                Hon. Richard Seeborg
                                                United States District Judge

152761

MORISON & PROUGH, LLP

- 2 -

Judgment